```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONTI 149 CONTI GUINEA,
Individually and on behalf of M/T CONTI
GUINEA (IMO No. 9391402)

                          Plaintiff,

- against -

O.W. BUNKER PANAMA S.A., O.W.
BUNKER USA INC., CLEMENTI PARK
SHIPPING CO. PTE LTD., ING BANK N.V.

        Defendants.

14-CV-10089 (VEC)

ORDER

---

WHEREAS on June 20, 2017, the parties informed the Court that the remaining parties in this matter had agreed to a settlement, Dkt. 97; and

WHEREAS on June 21, 2017, the Court so ordered a stipulated order for discharge and dismissal with prejudice signed by the remaining parties in this matter, Dkt. 98;

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

The Clerk of Court is respectfully directed to terminate all open motions and close this case.

**SO ORDERED.**

**Date: March 14, 2021**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

#32375956_v4